Erwin E. Cowen, for appellant; Oscar Fainman, of counsel. Charles J. Michal, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Otto E. Schmidt, appellee, v. Irving Park District, appellant. Gen. No. 26,791.

Action for services. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed March 7, 1922.

T. Bertram McGrath, Jr., and Thomas J. O'Hare, for appellant; Thomas J. O'Hare, of counsel. Dillard B. Baker and James H. Christensen, for appellee; James H. Christensen, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Patrick Gaskin and Anna Gaskin, appellees, v. J. E. Berry and C. W. Mullenix, appellants. Gen. No. 26,807.

Action for fraud and deceit as to the width of a lot. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in this court at the March term, 1921. Reversed and judgment of *nil capiat*. Opinion filed March 7, 1922.

Kelly, Burns, Daly & Fitzgerald, for appellants; John A. Burke and James D. Murphy, of counsel. Bowe & Bowe, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

Carstens Packing Company, appellee, v. Arthur M. Adler & Glenn Evans, trading as Arthur M. Adler & Company, appellants. Gen. No. 26,857.

Action for a balance due for goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in this court at the March term, 1921. Affirmed. Opinion filed March 7, 1922. Rehearing denied March 20, 1922.

Adler, Lederer & Beck, for appellants. Frederick A. Brown and Joseph B. Lawler, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

S. Rosenblum, plaintiff in error, v. Chicago City Railway Company et al., defendants in error. Gen. No. 26,269.

Action by a passenger for personal injuries received on defendants' street car. Judgment for defendants. Error to the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

C. Helmer Johnson, for plaintiff in error; John T. Murray, of counsel. Joseph D. Ryan and William H. Symmes, for defendants in error; J. R. Guilliams and Frank L. Kriete, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

Joseph McDonnell, appellant, v. Bernard Bauman and Amelia Bauman, appellees. Gen. No. 26,289.

Action for money due under a written contract growing out of